UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NEWFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>ARUBA NETWORKS, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-01502-JST<br><br>**ORDER APPROVING STIPULATION STAYING CASE**<br><br>Re: ECF No. 24 |

  The Court is in receipt of the parties' stipulation requesting that the Court stay this action pending the resolution of a consolidated action in the Delaware Chancery Court. ECF No. 24. Per the parties' agreement:

  1. The Initial Case Management Conference scheduled for July 8, 2015 at 2:00 p.m. currently pending in this action is vacated;

  2. This action is stayed in its entirety pending final resolution of the Delaware Action; and

  3. The parties will promptly notify the Court of the resolution of the Delaware Action.

  The Court additionally orders that, if the Delaware Action has not reached a final resolution by January 7, 2016, the parties must file a joint case management statement informing the Court of the status of that litigation.

  IT IS SO ORDERED.

Dated: July 7, 2015

                _____
                  JON S. TIGAR
                United States District Judge