UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NEWFIELD,<br><br>       Plaintiff,<br><br>    v.<br><br>ARUBA NETWORKS, INC., et al.,<br><br>       Defendants. | Case No. 15-cv-01502-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 28 |

    Plaintiff has filed a notice of voluntary dismissal dated January 4, 2016.  ECF No. 28. Because Plaintiff filed the notice before any Defendant filed an Answer or motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    This case has been dismissed without prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: January 4, 2016

                                                        JON S. TIGAR<br>                                          United States District Judge